# Exhibit "A"

CAUSE NO. CV15,363

| | | |
|---|---|---|
| PERRY BAIRD | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| V. | § | SAN JACINTO COUNTY, TEXAS |
| | § | |
| WERNERCO SERVICES, INC and | § | |
| LOWE'S HOME CENTERS, LLC | § | 258TH   JUDICIAL DISTRICT |
| | § | |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW Plaintiff, Perry Baird, and files this Original Petition and complains of Wernerco Services, Inc. and Lowe's Home Centers, LLC and, in support thereof, respectfully shows this Court as follows:

### DISCOVERY CONTROL PLAN

1.    Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure.

### CLAIM FOR RELIEF

2.    Plaintiff seeks monetary relief over $50,000 and but no more than $500,000.

### PARTIES

3.    Plaintiff, Perry Baird is an individual residing in San Jacinto County, Texas. The last three digits of Plaintiff's driver's license are 55. The last three digits of Plaintiff's Social Security Number are 011.

4.    Defendant Wernerco Services, Inc. is a Delaware corporation doing business in Texas and can be served by serving its registered agent CT Corporation System at 1999 Bryan Street, Ste 900, Dallas, Texas 74201. Lowe's Home Centers, LLC is a

North Carolina corporation doing business in Texas and can be served by serving its registered agent Corporate Services Company d/b/a CSC-Lawyers INCO at 211 7th Street, ste 620, Austin, Texas 78701.

### JURISDICTION & VENUE

5.       Jurisdiction is proper because Plaintiff's damages greatly exceed the minimum jurisdictional limits of this Court.

6:       Venue is proper in this County because all or a substantial part of the events or omissions giving rise to the claims occurred in San Jacinto County, Texas.

### FACTS

7.       On or about March 4, 2016, Perry Baird visited the Lowe's Home Improvement Center (owned/operated by Lowe's Home Centers, LLC) at 22600 Eastex Fwy, Kingwood, Texas 77339 and purchased a Werner six-foot step ladder (manufactured by Wernerco Services, Inc.).  On or about March 19, 2016, Mr. Baird used the ladder at his residence in Shepherd, Texas, while cleaning or refinishing some kitchen cabinets.  This was Mr. Baird's first and only attempt to use the ladder. The ladder failed when it came apart at the locking arms.  Mr. Baird fell from the ladder and suffered substantial injuries.

### Breach of Warranty

8.       The Defendants have breached the implied warranty of merchantability to Plaintiff in that the Defendants manufactured and/or sold Plaintiff a ladder that was unmerchantable as sold.  Notice was provided by Plaintiff and Plaintiff was injured by the ladder purchased.

9.      The Defendants have breached the implied warranty of fit for a particular purpose in that the Defendants manufactured and/or sold a ladder to Plaintiff with knowledge that the Plaintiff would be using the same by climbing up it in order to reach an elevated height but the ladder provided was unfit for the Plaintiff's particular purpose.  Notice was provided by Plaintiff and the Plaintiff was injured by the ladder purchased.

<u>Texas Products Liability Act</u>

10.     The Defendants actions in this matter in providing a dangerous and/or defective ladder to the plaintiff violates Texas Civil Practice and Remedies Code Chapter 82.  One or both of the defendants should be found strictly liable for the injuries suffered by the Plaintiff.

### NEGLIGENCE

11.     On the occasion in question Defendants had a duty to exercise the degree of care toward the Plaintiff in the manufacture, storage and handling prior to the sale and sale of the ladder to the Plaintiff.  One or both of the Defendants breached tat duty.  Said breach was the proximate cause of damages suffered by the Plaintiff.

### DAMAGES

12.     As a result of Defendants' negligence describe above, Mr. Baird sustained serious physical injuries.  He has suffered severe mental anguish, physical pain and suffering, disfigurement, disability and impairment, and lost wages, and in all reasonable probability, will continue to suffer such mental anguish, physical pain

and suffering, disfigurement, disability and impairment in the future, as well as a loss or earning capacity.

13.    Mr. Baird has incurred reasonable and necessary medical expenses as a result of the necessary medical treatment for his injuries.  In all reasonable probability, Mr. Baird will continue to incur reasonable and necessary medical bills as a result of the necessary medical treatment for his injuries in the future.

14.    Plaintiff, Perry Baird, seeks monetary damages in an amount within the jurisdictional limits of the court.

**PRAYER**

15.    For these reasons, Plaintiff asks that the Court issue citation for each Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for actual damages within the jurisdictional limits of the Court; pre-judgment and post-judgment interest; court costs; and all other relief to which Plaintiff is entitled.

Respectfully submitted

BAKER & BECK, PLLC
202 Avenue A
Conroe, TX 77301
Tel: (936) 494-2444
Fax: (936) 494-2445
2thelawfirm@gmail.com

By:/s/Christopher A. Beck
    Christopher A. Beck
    State Bar No. 00796184
    Attorney for Plaintiff

Citation-Personal Service-District Clerk

(RHP) PSC 267

5-16-18

| **CLERK OF THE COURT** | **ATTORNEY FOR PLAINTIFF OR PLAINTIFF** |
|---|---|
| REBECCA CAPERS | CHRISTOPHER A. BECK |
| | *Name* |
| 1 STATE HIGHWAY 150, ROOM 4 | 202 AVE A |
| | *Address* |
| COLDSPRING, TEXAS 77331-0369 | CONROE, TEXAS 77301 |

# THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To WERNERCO SERVICES, INC. BY SERVING IT'S REGISTERED AGENT CT CORPORATION SYSTEM 1999 BRYAN STREET, STE 900, DALLAS, TX 74201 _____ Defendant, Greeting

You are hereby commanded to appear by filing a written answer to the Plaintiff's _____
_____ ORIGINAL _____ Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable _----_ District Court 258TH Judicial District of San Jacinto County, Texas, at the Courthouse of said County in Coldspring, Texas.

Said Plaintiff's Petition was filed in said court on the 19TH day of MARCH A.D.20 18, in this case, numbered CV15,363 on the docket of said court, and styled,

_____ PERRY BAIRD _____ Plaintiff.

VS. _____ WERNERCO SERVICES, INC. AND LOWE'S HOME CENTERS, LLC _____ Defendant.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____
_____ ORIGINAL _____ Petition accompanying this citation and made a part hereof.

## (A TRUE AND CORRECT COPY ATTACHED)

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand seal of said Court at Coldspring, Texas, this the 21ST day of MARCH A.D. 20 18.

REBECCA CAPERS, CLERK, DISTRICT COURT
SAN JACINTO COUNTY, TEXAS

BY: _____, DEPUTY

Rule 106:"-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## Service Return

Cause No.:_____

Court:_____

_____

VS.

_____

Addressee:_____

Address for Service:_____

Came to hand on the _____ day of _____, 20___ , at _____m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the_____ at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of defendant(s) being: _____
_____

Service Fee: $ _____

_____, Officer
_____ County, Texas

By:_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is_____, my date of birth is_____, and my address is
_____(First, Middle, Last)_____

_____ _____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of_____, on the _____day of_____

_____
Declarant/Authorized Process Server

_____
(Id #& expiration of certification)


CT Corporation

**Service of Process Transmittal**
05/16/2018
CT Log Number 533350490

**TO:** Geoff Hartenstein
Werner Co.
93 Werner Rd
Greenville, PA 16125-9434

**RE:** **Process Served in Texas**

**FOR:** WernerCo Services, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | PERRY BAIRD, PLTF. vs. WERNERCO SERVICES, INC AND LOWE'S HOME CENTERS, LLC, DFTS. |
| **DOCUMENT(S) SERVED:** | Notice, Return, Petition |
| **COURT/AGENCY:** | 258th Judicial District Court San Jacinto County, TX<br>Case # CV15363 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury - Werner six-foot step ladder |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/16/2018 at 08:35 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By Before 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition |
| **ATTORNEY(S) / SENDER(S):** | Christopher A. Beck<br>BAKER & BECK, PLLC<br>202 Avenue A<br>Conroe, TX 77301<br>936-494-2444 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780137247972 |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **TELEPHONE:** | 214-932-3601 |


RECEIVED
MAY 2 1 2018
By_____

Page 1 of 1 / RN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**CT** **Packing Slip**                                   **CT Corporation**

| | |
|---|---|
| **UPS Tracking # :** | 1ZX212780137247972 |
| **Created By :** | Rahul NLN |
| **Created On :** | 05/17/2018 04:25 AM |
| **Recipient :** | |

**Geoff Hartenstein**

| | |
|---|---|
| Title : | -- |
| Customer : | Werner Co. |
| Address : | 93 Werner Rd |
| Email : | hartegr@werner.com |
| Phone : | 724-588-2000 ext. 2639          Fax :   - |

**Package Type :**   Envelope
**Items shipped :**   1

| Log # | Case # | Entity Name |
|---|---|---|
| 533350490 | CV15363 | WernerCo Services, Inc. |

RECEIVED
MAY 2 1 2018
By_____



CT SOP CUSTOMER SERVICE          **1.0 LBS   LTR**        **1 OF 1**
2149323601
CT - MINNESOTA SOP TEAM
6815 SAUKVIEW DR
SAINT CLOUD  MN 56303

**SHIP TO:**
   GEOFF  HARTENSTEIN
   2149323601
   WERNER CO.
   93 WERNER RD
   **GREENVILLE  PA 16125**

# PA 163 1-01

## UPS NEXT DAY AIR                    **1**
TRACKING #: 1Z X21 278 01 3724 7972

BILLING: P/P
DESC: SOP Documents

Reference No.1: SOP/2401130/533350490/CT SOP Custo

XOL 18.03.09        NV45 99.0A 04/2018

*Return*

Citation For Personal Service-District Clerk

**CLERK OF THE COURT**

RECEIVED ATTORNEY FOR PLAINTIFF OR PLAINTIFF

**REBECCA CAPERS**

MAY 1 1 2018
@ 4:00 PM

CHRISTOPHER A. BECK _____ Name

1 STATE HIGHWAY 150, ROOM 4

202 AVE A _____ Address

COLDSPRING, TEXAS 77331-0369

CONROE, TEXAS 77301

# THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To LOWE'S HOME CENTERS BY SERVING IT'S REGISTERED AGENT CORPORATE SERVICES COMPANY D/B/A CSC LAWYERS INCO,211 7TH ST,STE620 AUSTIN,TX 78701 Defendant, Greeting

You are hereby commanded to appear by filing a written answer to the Plaintiff's _____ ORIGINAL _____ Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable ----- District Court 258TH Judicial District of San Jacinto County, Texas, at the Courthouse of said County in Coldspring, Texas.

Said Plaintiff's Petition was filed in said court on the 19TH day of MARCH A.D.20 18, in this case, numbered CV15,363 on the docket of said court, and styled,

PERRY BAIRD _____ Plaintiff.

VS. WERNERCO SERVICES ,INC. AND LOWE'S HOME CENTERS, LLC Defendant.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL _____ Petition accompanying this citation and made a part hereof.

**(A TRUE AND CORRECT COPY ATTACHED)**

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand seal of said Court at Coldspring, Texas, this the 21ST day of MARCH A.D. 20 18 .

REBECCA CAPERS, CLERK, DISTRICT COURT
SAN JACINTO COUNTY, TEXAS

BY: _____, DEPUTY

Rule 106:"-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

Served 5/14/18

Filed: 5/25/2018 1:05 PM
Rebecca Capers
District Clerk
San Jacinto County, Texas

## Service Return

Cause No.:_____
Court:_____

VS.

Addressee:_____
Address for Service:_____

Came to hand on the __11th__ day of __May__, 20__18__, at __4:00__ P_m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

~~RETURN / AFFIDAVIT PROOF - ATTACHED~~

and the cause of failure to execute this process is:

and the information received as to the whereabouts of defendant(s) being:

_____, Officer

Service Fee: $ _____

_____ County, Texas

By:_____
          Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is_____, my date of birth is_____, and my address is
          (First, Middle, Last)

_____
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of_____, on the _____day of_____.

_____
Declarant/Authorized Process Server

_____
(Id #& expiration of certification).

## RETURN OF SERVICE

### Cause No. CV15,363

In the 258th Judicial District of
San Jacinto County, Texas

PERRY BAIRD
    Plaintiff

V.

WERNERCO SERVICES, INC. AND
LOWE'S HOME CENTERS, LLC
    Defendant

Came to hand on May 11, 2018, at 04:00 PM.

Executed at 211 E. 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 11:35 AM on
May 14, 2018, by delivering to the within named:

### LOWE'S HOME CENTERS, LLC,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-
LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent,
VANESSA HERNANDEZ, a true copy of this Citation together with Plaintiff's Original Petition,
having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to
deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to
make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a
felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
           Thomas R. Kroll PSC-3012,
           Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared  Thomas R. Kroll, known to me to be the person
whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.
    Given under my hand and seal of office this May 14, 2018.

18-032593/Baird



_____
NOTARY PUBLIC, STATE OF TEXAS