UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PERRY BAIRD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1908 |
| | § | |
| WERNERCO SERVICES, INC. and LOWE'S HOME CENTERS, LLC, | § § | |
| | § | |
| *Defendants*. | § § | |

## FINAL JUDGMENT

Pursuant to the court's order signed September 5, 2019 (Dkt. 27), Defendants' renewed motion to strike plaintiff's experts (Dkt. 24) is GRANTED IN PART, and Defendants' joint motion for summary judgment (Dkt. 25) is GRANTED.  Final Judgment is entered in favor of defendants.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 6, 2019.

_____
Gray H. Miller
Senior United States District Judge